UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| OKULA MUHAMMAD,<br>        Plaintiff | CIVIL ACTION NO.:<br>2:21-cv-00435-GGG-KWR |
| VERSUS | JUDGE GREG GERARD GUIDRY<br>SECTION "T" |
| CORNERSTONE CHEMICAL<br>COMPANY and GREG RITTER,<br>        Defendants | MAGISTRATE JUDGE KAREN WELLS<br>ROBY – DIVISION 4 |

## JUDGMENT

Trial in this matter was held on August 29 through September 1, 2022, before the Honorable Greg Guidry, United States District Court Judge, in the United States District Court for the Eastern District of Louisiana. Plaintiff Okula Muhammad appeared, represented by Kevin S. Vogeltanz of the Law Office of Kevin S. Vogeltanz, and Defendants Cornerstone Chemical Company and Greg Ritter appeared, represented by Andrew J. Halverson and Ellen C. Rains of Ogletree, Deakins, Nash, Smoak & Stewart, P.C.

A jury of eight persons was regularly impaneled and sworn. Witnesses were sworn and testified. After hearing the evidence and argument of counsel, the jury was duly instructed by the Court and the cause was submitted to the jury with directions to return a verdict. The jury deliberated and thereafter returned into Court with a verdict in favor of Defendants. Accordingly,

**IT IS ORDERED, ADJUDGED AND DECREED** that said Plaintiff Okula Muhammad recover nothing by reason of his Complaint and that Judgment shall be, and hereby is, entered in favor of Defendants Cornerstone Chemical Company and Greg Ritter and against Okula Muhammad. Defendants may seek cost by separate application.

New Orleans, Louisiana this 9th day of September, 2022.

_____
Hon. Greg Gerard Guidry
United States District Judge