UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| OKULA MUHAMMAD<br>　　　　Plaintiff | Civil Action No.<br>2:21-cv-00435-GGG-KWR |
| v. | Section "T"<br>District Judge Greg G. Guidry |
| CORNERSTONE CHEMICAL COMPANY<br>and GREG RITTER<br>　　　　Defendants | Magistrate "4"<br>Mag. Judge Karen W. Roby |

## **DEFENDANT'S MOTION TO TAX COSTS**

Pursuant to Local Rule 54.3, Defendants Cornerstone Chemical Company and Greg Ritter file this Motion to Tax Costs seeking an Order from this Court taxing Plaintiff with costs necessarily incurred for the defense of this matter as more fully set forth in the attached Memorandum in Support.

Defendants pray that this Court enter an Order granting Defendants' Motion and further taxing Plaintiff with the costs set forth in Defendants' Bill of Costs necessarily incurred by Defendants to defend this matter.

Respectfully submitted this 13th day of October, 2022.

　　　　　　　　　　　　　　　　　　/s/ *Ellen C. Rains*
　　　　　　　　　　　　　　　　　　Ellen C. Rains, LA Bar No. 36927
　　　　　　　　　　　　　　　　　　Ogletree, Deakins, Nash, Smoak & Stewart, PC
　　　　　　　　　　　　　　　　　　701 Poydras St., Suite 3500
　　　　　　　　　　　　　　　　　　New Orleans, LA 70139
　　　　　　　　　　　　　　　　　　Telephone: (504) 648-3840
　　　　　　　　　　　　　　　　　　Facsimile: (504) 648-3859
　　　　　　　　　　　　　　　　　　Email: ellen.rains@ogletreedeakins.com

　　　　　　　　　　　　　　　　　　and

Andrew J. Halverson, LA Bar No. 31184
Ogletree, Deakins, Nash, Smoak & Stewart, PC
325 Settlers Trace Blvd., Suite 201
Lafayette, LA 70506
Telephone: (337) 769-6582
Facsimile: (337) 989-0441
Email: andrew.halverson@ogletreedeakins.com

Attorneys for Defendants Cornerstone Chemical Company and Greg Ritter

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Defendants' Motion to Tax Costs has been served on all counsel of record via the Court's CM/ECF.

This 14th day of October 2022.

*/s/Ellen C. Rains*
Ellen C. Rains

2
53219416.v1-OGLETREE