UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| OKULA MUHAMMAD<br><br>Plaintiff,<br><br>v.<br><br>CORNERSTONE CHEMICAL COMPANY and GREG RITTER<br><br>Defendants. | CIVIL NO. 2:21-CV-00435-GGG-KWR |

## **ORDER**

Considering the *Ex Parte Motion to Withdraw as Attorney of Record* filed by plaintiff's attorney of record in this matter, and for all the reasons stated therein:

The motion is GRANTED.

IT IS ORDERED that attorney Kevin S. Vogeltanz (LA 32746) and his firm, The Law Office of Kevin Vogeltanz, LLC, are hereby withdrawn and removed as attorney of record for plaintiff, Okula Muhammad, in the above entitled and numbered case.

Signed in New Orleans, Louisiana, this 15th day of December 2023.

*[signature: Greg Gerard Guidry]*

**HON. GREG G. GUIDRY**
**UNITED STATES DISTRICT COURT JUDGE**